Hall, Judge.
 

 — The Plaintiff does not charge in his bill, that the Defendants are about to divest him of a right, acquired under the act of assembly, to his turnpike road, or that the act of incorporation authorises them to do so 5 but that, in all probability, the travelling custom will withdraw from bis road, and a preference be given to that opened by the
 
 Company;
 
 and that his road is to be
 
 travelled over
 
 about three miles, before that of the Defendant's commences.
 

 With respect to the last objection, it may be answered,that the Defendants by passing over his road, do not divest bis
 
 right;
 
 he can charge them, or any other persons, who travel it
 
 pro rata,
 
 for that distance, as well as a full price for using the whole of it.
 

 As to the first objection, that the profits of his road will be diminished by the location of the Buncombe Turnpike Road in his neighborhood, it may be answered, that it is the province of the Legislature, to establish roads wherever they think the population and convenience of the country require it j and that private interest and individual convenience, must yield to the public good. It is not to be presumed on slight grounds, that the Legis
 
 *122
 
 lature would incorporate a company to open a road for the purpose of oppressing an individual, or for any other object, except that of advancing the convenience of the community. Neither had the plaintiff a right to expect, when the grant was made to him, that no other of a similar kind would ever be made to any other person, in the same section of the State,
 

 Improvement is the result of experience and observation, and the Legislature, Collected from all parts of the State, have a constitutional right to avail themselves of these means of knowledge. They have done so in the present case, and their
 
 1mil
 
 must be the law by which it is to he governed. If the profits alone of the Plaintiff are to ho consulted, probably they would be lessened, if another road was opened any where within a day’s ride of his. Surely this cannot be the rule, by which the case is to be decided. It is unnecessary to descend to the particular circumstances of this case, as set forth in the bill, answer and exhibits. I think the general principles advanced, sufficient to decide that the hill should be dismissed.
 

 Per Curiam.
 

 — Affirm the decree below, except as to the costs, and decree that the Plaintiff pay the costs he. low, and in this Court,